# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                        Case No. 8:24-cv-879

KATHLEEN PASSIDOMO, *etc.*, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' THIRD SET OF INTERROGATORIES
TO THE FLORIDA SENATE**

Pursuant to FRCP 33, Plaintiffs serve their Third Set of Interrogatories on Defendant Kathleen Passidomo, in her official capacity as President of the Florida Senate:

    1.    Explain in detail how and why Senate staff recorded a redistricting-related conversation between Senator Bracy and Mary Ellen Klas on Nov. 17, 2021.

    2.    Describe in detail all communications between (1) Senate members and/or staff and (2) non-Senate entities and/or individuals, regarding the conversation described in Request No. 1, including the dates, means, senders, and recipients of such communications.

    3.    Explain in detail how and why Senate members and/or staff shared the recording described in Request No. 1 with any non-Senate entities and individuals.

    4.    Explain in detail what knowledge you have of any involvement, including any advocacy, the ACLU of Florida (including the American Civil Liberties Union of Florida, Inc., the American Civil Liberties Union Foundation of Florida, Inc., and any member, employee, agent, or entity affiliated with those organizations) had, in the Florida Legislature's redistricting process during 2021–22.

1

Dated November 2, 2024.

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

/s/ Nicholas L.V. Warren

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that the foregoing document was served by email on counsel for all defendants on November 2, 2024.

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                          Case No. 8:24-cv-879

KATHLEEN PASSIDOMO, *etc.*, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' THIRD SET OF INTERROGATORIES
TO THE SECRETARY OF STATE**

    Pursuant to FRCP 33, Plaintiffs serve their Third Set of Interrogatories to Defendant Cord Byrd, in his official capacity as Florida Secretary of State:

    1.    Explain in detail what knowledge you have of any involvement, including any advocacy, the ACLU of Florida (including the American Civil Liberties Union of Florida, Inc., the American Civil Liberties Union Foundation of Florida, Inc., and any member, employee, agent, or entity affiliated with those organizations) had, in the Florida Legislature's redistricting process during 2021–22.

Dated November 2, 2024.                /s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)      Deborah N. Archer*
Daniel B. Tilley (FBN 102882)             David Chen*
Caroline A. McNamara (FBN 1038312)   **Civil Rights & Racial Justice Clinic**
**ACLU Foundation of Florida**             **Washington Square Legal Services, Inc.**
4343 West Flagler Street, Suite 400      245 Sullivan Street
Miami, FL 33134                               New York, NY 10012
(786) 363-1769                                (212) 998-6473
nwarren@aclufl.org                      deborah.archer@nyu.edu
dtilley@aclufl.org                        davidchen@nyu.edu
cmcnamara@aclufl.org

                                                              * *Special admission*

James Michael Shaw, Jr. (FBN 677851)

1

Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that the foregoing document was served by email on counsel for all defendants on November 2, 2024.

                                               */s/ Nicholas L.V. Warren*
                                               Nicholas L.V. Warren