IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.

                                        Case No. 4:24-mc-139-MW-MAF

KATHLEEN PASSIDOMO, in her
official capacity as President of the
Florida Senate, *et al.*,

   *Defendants*.
_____/

**JOINT STATUS REPORT**

In response to the Order Requiring Status Report (ECF No. 11), the parties jointly advise the Court that the deposition of Nicholas Warren was taken on November 18, 2024, consistent with this Court's prior Order (ECF No. 10).

                                      Respectfully submitted,

| | |
|---|---|
| By: */s/ Reid Levin* | */s/ Daniel Nordby* |
| Reid Levin, Esq. | RICKY L. POLSTON (FBN 648906) |
| Florida Bar No. 1038933 | DANIEL E. NORDBY (FBN 14588) |
| **Reid Levin, PLLC** | TARA R. PRICE (FBN 98073) |
| P.O. Box 880682 | ALYSSA L. CORY (FBN 118150) |
| Boca Raton, FL 33488 | KASSANDRA S. REARDON (FBN 1033220) |
| (561) 866-6089 | **SHUTTS & BOWEN LLP** |
| reid@reidlevinpllc.com | 215 South Monroe Street, Suite 804 |
| | Tallahassee, Florida 32301 |
| *Counsel for Nicholas Warren* | (850) 241-1717 |

>  RPolston@shutts.com
>  DNordby@shutts.com
>  TPrice@shutts.com
>  ACory@shutts.com
>  KReardon@shutts.com
>
>  CARLOS REY (FBN 11648)
>  **FLORIDA SENATE**
>  404 South Monroe Street
>  Tallahassee, Florida 32399
>  (850) 487-5855
>  Rey.Carlos@flsenate.gov
>
>  *Counsel for Kathleen Passidomo,*
>  *in her official capacity as*
>  *President of the Florida Senate*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I filed this document via CM/ECF, which will electronically serve all counsel of record.

>  /s/ Daniel Nordby
>  Attorney

2